NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATERA, INC.,**
*Plaintiff-Cross-Appellant*

**v.**

**ARCHERDX, INC., ARCHERDX, LLC, INVITAE CORPORATION,**
*Defendants-Appellants*

---

2026-1908, 2024-1287, 2025-1188, 2026-1996

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:20-cv-00125-GBW and 1:20-cv-01047-GBW, Judge Gregory Brian Williams.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint status report and motion to further consolidate the above-captioned matters,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the stay of proceedings in Appeal Nos. 2024-1287 and 2025-1188 is

lifted and these appeals are further consolidated, with Appeal No. 2026-1908 as the lead case. The revised official caption is reflected in this order, and all further submissions for these appeals should be filed in Appeal No. 2026-1908.

(2) One set of briefs should be filed for these appeals. Appellants' principal brief is due no later than 45 days from the date of entry of this order. Cross-appellant's principal and response brief is due within 40 days after appellants' brief is served, Fed. Cir. R. 31(a)(2); appellants' response and reply brief is due within 40 days thereafter and cross-appellant's reply brief within 21 days of appellants' response and reply.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 21, 2026
Date